UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 16-29627 |
| | ) | |
| KELVIN L. BROWN, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge: HOLLIS |

NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Trustee Glenn Stearns, Chapter 13 Trustee: mylaner_j@lisle13.com

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in their stead at **Joliet City Hall, 150 West Jefferson St., 2nd Floor, Joliet, IL 60432** and in the following courtroom (or any other place posted), and present the attached **Motion to Modify Plan**, at which time and place you may appear.

    Judge: HOLLIS
    Court: 2nd Floor
    Date: October 18, 2019
    Time: 11:00 a.m.

PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Michael R. Colter, II, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: September 25, 2019    /s/ Michael R. Colter, II
    Michael R. Colter, II, A.R.D.C. #6304675

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

*To the following persons or entities who have been served via U.S. Mail:*

Kelvin Brown
904 Gardner St.
Joliet, IL 60433-2436

Commonwealth Edison
Bankruptcy Department
3 Lincoln Center
Oak Brook Terrace, IL 60181-4204

Presence Health
American InfoSource LP
PO Box 248838
Oklahoma City, OK 73124-8838

Nicor Gas
P.O. Box 549
Aurora, IL 60547

Amita Health Adventist
Medical Center
P.O. Box 9246
Oak Brook, IL 60522

SFC Central Bankruptcy
P.O. Box 1893
Spartanburg, SC 29304

Sprint Corp.
Attn: Bankruptcy Dept.
P.O. Box 7949
Overland Park, KS 66207-0949

Directv, LLC
American InfoSource LP
P.O. Box 5008
Carol Stream, IL 60197-5008

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 16-29627 |
| | ) | |
| KELVIN L. BROWN, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge: HOLLIS |

### MOTION TO MODIFY CHAPTER 13

NOW COMES the Debtor, **KELVIN L. BROWN**, by and through his attorneys, David M. Siegel & Associates, LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois Eastern Division.

2) On September 16, 2019, Debtor filed a petition for relief under Chapter 13 of Title 11 USC.

3) The plan was confirmed on December 9, 2016. The plan requires payments of $125 per month with general unsecured creditors receiving no less than 10% of their allowed claims.

4) Debtor lost his job in March 2019. Debtor went back to work approximately a month or so after the job loss. He could not make payments to the trustee as he needed to bring his bills for necessary living expenses current.

5) Debtor seeks to modify his plan under 11 USC § 1329 to defer the current default in plan payments to the end of the plan.

6) Debtor does not seek this modification with any intent to defraud creditors. Debtor wants to complete the current plan.

WHEREFORE, the Debtor, **KELVIN L. BROWN,** prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675

Attorney for the Debtor(s)
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, Illinois 60090