UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 16-29627
Kelvin L Brown )
 )  Chapter: 13
 )  Honorable LaShonda Hunt
 )
 )
Debtor(s) )

## ORDER DISMISSING CASE FOR FAILURE TO MAKE PLAN PAYMENTS

Having heard the facts presented, the Court finds the debtor(s) has failed to make the payments required under the terms of the plan.

IT IS THEREFORE ORDERED that this case be dismissed on the Trustee's motion for material default by the debtor(s) with respect to a term of a confirmed plan, pursuant to Section 1307(c)(6).

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  June 05, 2020

**Prepared by:**

Glenn Stearns Chapter 13 Trustee

801 Warrenville Road, Suite 650

Lisle, IL 60532-4350

(630-981-3888)